FILED
CLERK, U.S. DISTRICT COURT
8/13/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMMY HODGES,<br>aka “Baby Roscoe,”<br><br>Defendant. | No. 2:26-cr-00090(A)-JFW<br><br>FIRST SUPERSEDING INFORMATION<br><br>[21 U.S.C. § 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Fentanyl] |

The United States of America charges:

[21 U.S.C. § 841(a)(1), (b)(1)(C)]

On or about January 29, 2025, in Los Angeles County, within the Central District of California, defendant SAMMY HODGES knowingly and intentionally possessed with the intent to distribute approximately 13.8 grams of a mixture and substance containing a detectable amount

//

//

of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide ("fentanyl"), a Schedule II narcotic drug controlled substance.


TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

KEVIN J. BUTLER
Assistant United States Attorney
Chief, Major Crimes Section

JENA A. MACCABE
Assistant United States Attorney
Deputy Chief, Major Crimes Section

DANIEL H. WEINER
Assistant United States Attorney
Deputy Chief, Transnational Organized Crime Section